UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-197** |
| **VERSUS** | * | **SECTION "H"** |
| | | **MAG. DIV. 4** |
| **BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC** | * | **JUDGE MILAZZO** |
| | | **MAG. JUDGE ROBY** |

## UNOPPOSED MOTION TO CONTINUE

NOW INTO COURT, through undersigned counsel, comes Black Elk Energy Offshore Operations ("Black Elk"), with no opposition from the United States, who seeks a brief continuance of the upcoming initial appearance, arraignment, and re-arraignment date (scheduled for Thursday, November 19, 2015) based on various issues that have arisen in this matter, including but not limited to the filing of the involuntary bankruptcy case styled *In re: Black Elk Energy Offshore Operations, LLC*, No. 15-BK-34287 (S.D. Tex. 2015) (the "bankruptcy proceeding"). Prior to appearing before this Honorable Court in this matter, Black Elk requires additional time to ensure compliance with any and all procedural and legal requirements of the bankruptcy court and how those requirements may affect a criminal disposition in this matter. Accordingly, a brief continuance until the week of January 11, 2016 is needed.[1] In connection with this request for a continuance, Black Elk is aware of and waives any rights it may have in connection with the Speedy Trial Act (18 U.S.C. § 3161).

---

[1] To the extent the Court desires to set a status conference to discuss the continuance and the various issues at play between this matter and the bankruptcy proceeding, the parties are amenable to such a conference at the Court's convenience.

WHEREFORE, for the reasons set forth above, Black Elk, with no opposition from the Government, respectfully urges this Court to grant a continuance from the November 19, 2015 initial appearance, arraignment, and re-arraignment date until sometime during the week of January 11, 2016.

Respectfully Submitted,

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**


*/s/ Matthew S. Chester*
KERRY J. MILLER (#24562)
MATTHEW S. CHESTER (TX Bar No. 24045650)
(admitted *pro hac vice*)
JOE D. WHITLEY (GA Bar No. 756150)
(admitted *pro hac vice*)
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Telecopier:  (504) 636-4000

**COUNSEL FOR DEFENDANT**
**BLACK ELK ENERGY OFFSHORE**
**OPERATIONS, LLC**

## CERTIFICATE OF SERVICE

I certify that on the 13th day of November, 2015 the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically forward notification of such filing to all CM/ECF participating counsel of record.

*/s/ Matthew S. Chester*
Matthew S. Chester
