MINUTE ENTRY
MILAZZO, J.
NOVEMBER 18, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **USA** | **CIVIL ACTION** |
| **VERSES** | **NO: 15-197** |
| **BLACK ELK ENERGY OFFSHORE** | **SECTION: "H"** |

**MINUTE ENTRY**

On November 18, 2015, the Court held a status conference. Emily Greenfield participated on behalf of the government; Matthew Chester and Kerry Miller participated on behalf of Defendant. The parties updated the Court on the status of the case.



(JS-10:15)