MINUTE ENTRY
MILAZZO, J.
JANUARY 14, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| USA | CIVIL ACTION |
| VERSES | NO: 15-197 |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, L.L.C. et al | SECTION: "H" |

## MINUTE ENTRY

On January 14, 2016, the Court held a status conference. Emily Greenfield, Ken Nelson, and Nick Moses participated on behalf of the government; Matthew Chester and Kerry Miller participated on behalf of Black Elk; Walter Becker and Charles Marshall participated on behalf of Don Moss; Kyle Schonekas and Glen Donath participated on behalf of Wood Group; Harry Rosenberg and Shaun Clarke participated on behalf of Grand Isle; Eddie Castaing participated on behalf of Curtis Dantin; and Steven Lemoine participated on behalf of Christopher Srubar.

Accordingly;

**IT IS ORDERED** that a jury trial is **SET** in this matter on January 17, 2017. The parties anticipate that the trial will last four weeks. No additional continuances will be entertained. The Court also finds that the ends of justice served by this continuance outweigh the best interest of the public in a speedy trial, because of the following: the complex nature of this case, including regulatory, legal, and expert determinations; the voluminous civil discovery that has been taken in the parallel civil case; the extensive discovery that has just begun herein; the duration of trial; the likelihood that most, if not all, defendants will preserve their right to trial; and the extensive motion practice anticipated.

**IT IS FURTHER ORDERED** that Defendant Wood Group's Motions to Dismiss (Docs. 114, 121) shall be **SET** for submission on March 18, 2016. An oral hearing on those motions shall take place on March 18, 2016 at 9:30 a.m.

**IT IS FURTHER ORDERED** that a status conference is **SET** in this matter for March 18, 2016, immediately following oral argument.

**IT IS FURTHER ORDERED** that Wood Group's Motion to Sever (Doc. 112) and Motion for Bill or Particulars (Doc. 111) are **DENIED WITHOUT PREJUDICE AS PREMATURE** to be urged at a later date.

(JS-10:40)