UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| USA | CRIMINAL ACTION |
| VERSUS | NO: 15-197 |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC et al | SECTION: "H" |

### ORDER

Before the Court is the Government's Motion to Reverse the Magistrate Judge's Order Denying Issuance of Material Witness Warrants (Doc. 109). Having reviewed the Government's request and the Magistrate Judge's ruling thereon, this Court declines to reverse the Magistrate Judge's ruling for the reasons stated in Doc. 100. Specifically, this Court finds that while the witnesses identified in the instant motion are no doubt material, the Government has failed to make an adequate showing that it may become impracticable to secure their presence by subpoena as required by 18 U.S.C. § 3144. The Court notes, however, that such a showing may be possible following the conclusion of the civil trial in which the witnesses are involved.

Accordingly;

**IT IS ORDERED** that the Government's Motion to Reverse the Magistrate Judge's Order Denying Issuance of Material Witness Warrants is **DENIED WITHOUT PREJUDICE.**

New Orleans, Louisiana, on this 10th day of February, 2016.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**