UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 15-197 |
| VERSUS | SECTION "H" |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, L.L.C.<br>DON MOSS<br>CURTIS DANTIN<br>GRAND ISLE SHIPYARDS, INC.<br>WOOD GROUP PSN, INC.<br>CHRISTOPHER SRUBAR | VIOLATION: 43:1350(c)(1); 18:1112<br>33:1319(c)(1)(A) & 1321(b)(3) |

### NOTICE OF ARRAIGNMENT

Take Notice that this criminal case has been set for ARRAIGNMENT on **MARCH 21, 2016 at 2:00 p.m.**, before U.S. MAGISTRATE JUDGE DANIEL E. KNOWLES, III, Hale Boggs Federal Building, Courtroom B305, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: March 14, 2016

TO:
Black Elk Energy Offshore Operations, L.L.C.

TO:
Don Moss (On Bond)

TO:
Curtis Dantin (On Bond)

TO:
Grand Isle Shipyards, Inc.

TO:
Wood Group PSN, Inc.

TO:
Christopher Srubar (On Bond)

(See page 2 for Counsel of Record)

WILLIAM W. BLEVINS, CLERK

by:  **Bridget Gregory**
     **Case Manager**

AUSA:  EMILY KATHERINE GREENFIELD
       KENNETH E. NELSON
       NICHOLAS D. MOSES

U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - U.S. Pretrial Services

**JUDGE MILAZZO**

**MAGISTRATE**

FOREIGN LANGUAGE INTERPRETER:

        NONE

Myles.Matthew@epa.gov

**COUNSEL FOR BLACK ELK**
Matt S. Chester
Joe D. Whitley
Kerry J. Miller
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
201 St. Charles Ave.
New Orleans, LA 70170

**COUNSEL FOR MOSS**
Wakter F. Becker, Jr.
Charles D. Marshall, III
1100 Poydras St., Suite 2300
New Orleans, LA 70163

**COUNSEL FOR DANTIN**
Eddie J. Castaing, Jr.
601 Poydras St., Suite 2323
New Orleans, LA 70130

**COUNSEL FOR GRAND ISLE**
Harry Rosenberg
365 Canal St., Suite 2000
New Orleans, LA 70130

Dane Ball
Shaun G. Clarke
700 Louisiana, Suite 2300
Houston, TX  77002

**COUNSEL FOR WOOD GROUP**
Kyle D. Schonekas
William P. Gibbens
Schonekas, Evans, McGoey & McEachin, LLC
909 Poydras Street
Suite 1600
New Orleans, LA 70112

Nadira Clarke
Glen Donath
2900 K Street NW, North Tower, Suite 200
Washington, D.C. 20007-5118

**COUNSEL FOR SRUBAR**
Steven Lemoine
4240 Canal Street
New Orleans, LA 70119
Mailing Address: