MINUTE ENTRY
KNOWLES, M. J.
MARCH 21, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 15-197 |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC | SECTION H |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
 X  COUNSEL FOR DEFENDANT   MATT CHESTER
 X  ASSISTANT U.S. ATTORNEY  EMILY GREENFIELD
 __ INTERPRETER _____ SWORN
       (TIME:           .M  to           .M)

X / READING OF THE SECOND SUPERSEDING INDICTMENT: READ  **WAIVED**  SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

X / OTHER: _Corporate Resolution ordered filed into the record_

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JANUARY 6, 2017 AT 10:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

X / TRIAL: **JANUARY 17, 2017 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

MJSTAR: 00: 02

DFK