MINUTE ENTRY
KNOWLES, M. J.
MARCH 21, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 15-197 |
| GRAND ISLE SHIPYARDS, INC. | SECTION H |

**CRIMINAL ARRAIGNMENT**

APPEARANCES: X  DEFENDANT
                X  COUNSEL FOR DEFENDANT    HARRY ROSENBERG
                X  ASSISTANT U.S. ATTORNEY   EMILY GREENFIELD
                ___ INTERPRETER _____ SWORN
                (TIME:           .M  to           .M)

X / READING OF THE SECOND SUPERSEDING INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JANUARY 6, 2017 AT 10:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

X / TRIAL: **JANUARY 17, 2017 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

MJSTAR: 00: 02