MINUTE ENTRY
KNOWLES, M. J.
MARCH 21, 2017

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 15-197 |
| CHRISTOPHER SRUBAR | SECTION H |

## CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
X  COUNSEL FOR DEFENDANT    STEVEN LEMOINE
X  ASSISTANT U.S. ATTORNEY  EMILY GREENFIELD
___  INTERPRETER _____ SWORN
(TIME: _____ .M  to  _____ .M)

X / READING OF THE SECOND SUPERSEDING INDICTMENT: READ **WAIVED** SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS

__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

__ / OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JANUARY 6, 2017 AT 10:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

X / TRIAL: **JANUARY 17, 2017 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

MJSTAR: 00:02