UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-197 |
| v. | * | SECTION: "H" (4) |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC<br>DON MOSS<br>CURTIS DANTIN<br>GRAND ISLE SHIPYARDS, INC.<br>WOOD GROUP PSN, INC.<br>CHRISTOPHER SRUBAR | * | |

\* \* \*

## AMENDED MOTION AND INCORPORATED MEMORANDUM TO UNSEAL DOCUMENTS IN SUPPORT OF A MATERIAL WITNESS WARRANT

**NOW INTO COURT** comes the United States of America, to respectfully request that this Court accept and grant this amended motion to unseal documents in support of the material witness warrant for Jovito Canencia. In its original motion, offered in open court on April 25, 2016, the government requested that all documents associated with the material witness warrant for Mr. Canencia be unsealed. However, it has since been brought to the government's attention that the only document that is sealed is the affidavit in support of the warrant. Accordingly, the government requests that only the affidavit be unsealed. Due to the inclusion of personal identification information in the affidavit, the government has attached a redacted version of it to this pleading for the clerk's office to place in the record.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

/s/ Emily K. Greenfield
EMILY K. GREENFIELD
Assistant United States Attorney
Louisiana Bar Roll No. 28587
650 Poydras Street, Suite 1600
New Orleans, Lousiana 70130
Telephone: (504) 680-3024

Date: April 29, 2016