UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-197 |
| v. | * | SECTION: "H" (4) |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC | * | |
| DON MOSS | * | |
| CURTIS DANTIN | | |
| GRAND ISLE SHIPYARDS, INC. | * | |
| WOOD GROUP PSN, INC. | | |
| CHRISTOPHER SRUBAR | * | |

\* \* \*

## O R D E R

Considering the foregoing;

**IT IS HEREBY ORDERED** that the government's Amended Motion to Unseal Documents In Support of a Material Witness Warrant is GRANTED. The Clerk's office is directed to place the redacted affidavit, attached hereto, in the record.

New Orleans, Louisiana, this ___2___ day of ~~April,~~ MAY 2016.

_____
UNITED STATES MAGISTRATE JUDGE