UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-197 |
| v. | * | SECTION: "H" (4) |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC | * | |
| DON MOSS CURTIS DANTIN | * | |
| GRAND ISLE SHIPYARDS, INC. WOOD GROUP PSN, INC. | * | |
| CHRISTOPHER SRUBAR | * | |

\*   \*   \*

**MOTION AND INCORPORATED MEMORANDUM
TO DISMISSS MATERIAL WITNESS WARRANTS**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, who respectfully represents the following in support of its motion:

I.

On November 16, 2012, a series of explosions occurred on an oil production platform in the Gulf of Mexico known as the West Delta 32 platform. The investigation into the incident culminated in a 12-count Superseding Indictment variously charging several defendants with Involuntary Manslaughter, 18 U.S.C. §1112, violations of the Outer Continental Shelf Lands

Act, 43 U.S.C. §1350(c)(1), and the Clean Water Act, 33 U.S.C. §§1319(c)(1)(A) and 1321(b)(3). The Superseding Indictment was returned on November 19, 2015.

II.

Paulino Obenieta and Nick DeGuzman were witnesses to the events on the day of the explosion.

III.

On December 1, 2015, this Court issued material witness warrants for Mr. Obenieta and Mr. DeGuzman to be detained by the United States for purposes of giving testimony and/or preserving the Sixth Amendment confrontation rights of the defendants at the trial of the above-captioned case.

IV.

The government has information that Mr. Obenieta and Mr. DeGuzman will enter the United States at the end of the week in preparation for the trial of their civil case in federal court in the Eastern District of Louisiana. Considering the information and the assurance from their counsel that the two witnesses will remain in the United States until issues regarding their appearance and service of process for the federal criminal trial are resolved, the government moves this Court to dismiss the warrants.

V.

**ACCORDINGLY**, the Government moves this Court to dismiss the warrants for Nick DeGuzman and Paulino Obenieta.

                                                      Respectfully submitted,

                                                     KENNETH ALLEN POLITE, JR.
                                                     UNITED STATES ATTORNEY

                                                     _/s/ Emily K. Greenfield_
                                                     EMILY K. GREENFIELD
                                                     Assistant United States Attorney
                                                     La. Bar # 28587
                                                     650 Poydras Street, Second Floor
                                                     New Orleans, Louisiana  70130
                                                     Telephone:  (504) 680-3024

                                                   Date: June 14, 2016