UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-197 |
| v. | * | SECTION: "H" (4) |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC | * | |
| DON MOSS | * | |
| CURTIS DANTIN | | |
| GRAND ISLE SHIPYARDS, INC. | * | |
| WOOD GROUP PSN, INC. | | |
| CHRISTOPHER SRUBAR | * | |

* * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum to Dismiss Material Witness Warrants;

**IT IS HEREBY ORDERED** that the material witness warrants for Paulino Obenieta and Nick DeGuzman be dismissed.

New Orleans, Louisiana this _14th_ day of _June_, 2016.

_____
HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE