## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 15-197** |
| | * | |
| **VERSUS** | * | **SECTION: "H"** |
| | * | |
| **BLACK ELK ENERGY OFFSHORE** | * | |
| **OPERATIONS, L.L.C., et al.** | * | |
| * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering Don Moss' Unopposed Motion to Adopt Wood Group's Unopposed Motion and Incorporated Memorandum to Extend Time to File Motions to Compel (Rec. Doc. 237),

**IT IS ORDERED** that this motion is granted, and that defendant Don Moss be and he is hereby given an extension of time to file motions to compel in this matter until and through July 14, 2016.

New Orleans, Louisiana this  30th  day of June, 2016.

_____
JUDGE

2716743-1