## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: 15-197 |
| | § | |
| vs. | § | |
| | § | SECTION: "H" |
| BLACK ELK ENERGY OFFSHORE | § | |
| OPERATIONS, L.L.C., et al. | § | |

## ORDER

Based upon the Motion by Grand Isle Shipyard, Inc., ("GIS") to join in the Unopposed Motion and Incorporated Memorandum to Extend Time to File Motions to Compel (Doc. 237) filed by Wood Group PSN, INC. ("Wood Group"),

IT IS ORDERED that the motion for joinder filed by GIS is GRANTED.

IT IS FURTHER ORDERED that Wood Group's Unopposed Motion and Incorporated Memorandum to Extend Time to File Motions to Compel (Doc. 237) is hereby adopted by GIS as if filed by it.

Signed this 30th day of June, 2016 at New Orleans, Louisiana.

_____
THE HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

573464.1