UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-197** |
| **v.** | * | **SECTION: "H"** |
| **BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC** | * | |
| **DON MOSS** | * | |
| **CURTIS DANTIN** | | |
| **GRAND ISLE SHIPYARDS, INC.** | * | |
| **WOOD GROUP PSN, INC.** | | |
| **CHRISTOPHER SRUBAR** | * | |

\* \* \*

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for a Status Conference,

**IT IS HEREBY ORDERED** that a status conference with all the parties in this matter be set on the 6th day of July, 2016, at 3:00 p.m.

New Orleans, Louisiana, this 30th day of June, 2016.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE