MINUTE ENTRY
MILAZZO, J.
JULY 6, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| USA | CIVIL ACTION |
| VERSUS | NO: 15-197 |
| BLACK ELK ENERGY OFFSHORE et al | SECTION: "H" |

## MINUTE ENTRY

On July 6, 2016, the Court held a status conference. Emily Greenfield, Ken Nelson, and Nick Moses participated on behalf of the government; Matthew Chester participated on behalf of Black Elk; Walter Becker participated on behalf of Don Moss; Kyle Schonekas participated on behalf of Wood Group; Harry Rosenberg and David Korn participated on behalf of Grand Isle; Eddie Castaing participated on behalf of Curtis Dantin; and Steven Lemoine participated on behalf of Christopher Srubar.

Accordingly;

**IT IS ORDERED** that this matter is **STAYED** and **CONTINUED WITHOUT DATE** pending resolution of the interlocutory

appeal, except as to issues regarding discovery and the Rule 15 depositions of material witnesses.  The Court finds that the failure to grant such continuance in the proceeding, would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.

**IT IS FURTHER ORDERED** that the Defendants shall, within 90 days of this Order, determine whether they intend to use the wreckage currently stored at 325 Service Rd SW, Gray, LA, 70359 in their defense.  After such time, Defendants shall organize the removal of the wreckage from that property to the extent that they deem it material to their defense.



(JS-10:40)