UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| USA | CRIMINAL ACTION |
| VERSUS | NO: 15-197 |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC | SECTION: "H" |

## ORDER

Due to a scheduling conflict of the parties;

**IT IS ORDERED** that the status conference currently scheduled for October 12, 2016 is **CONTINUED** and **RESET** for October 13, 2016 at 2:00p.m.

New Orleans, Louisiana, on this 12th day of October, 2016.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1