**MINUTE ENTRY**
**MILAZZO, J.**
**OCTOBER 13, 2016**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **USA** | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-197** |
| **BLACK ELK ENERGY OFFSHORE** | **SECTION: "H"** |

## MINUTE ENTRY

On October 13, 2016, the Court held a status conference. Emily Greenfield, Kenneth Polite, and Nick Moses participated on behalf of the government; Matthew Chester participated on behalf of Black Elk; Charles Marshall participated on behalf of Don Moss; Shaun Clarke participated by phone and Harry Rosenberg and David Kern participated in person on behalf of Grand Isle; Eddie Castaing participated on behalf of Curtis Dantin; and Steven Lemoine participated on behalf of Christopher Srubar.

Accordingly;

**IT IS ORDERED** that Defendant Grand Isle Shipyard's Motion to Extend Deadline to View Physical Evidence (Doc. 277) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Grand Isle Shipyard's Motion to Compel (Doc. 278) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Defendants shall, within 15 days of this Order, remove any of the wreckage stored outside of the fenced area at 325 Service Rd SW, Gray, LA, 70359 that they intend to use in their defense.

**IT IS FURTHER ORDERED** that the Government shall, within 30 days of this Order, provide reasonable access to the Defendants of the wreckage stored inside the fenced area at 325 Service Rd SW, Gray, LA, 70359.

**IT IS FURTHER ORDERED** that within 15 days thereafter, Defendants shall inspect and remove any items stored inside the fenced area at 325 Service Rd SW, Gray, LA, 70359 that they intend to use in their defense.



(JS-10:40)