UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 15-197 |
| VERSUS | SECTION "H" |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, L.L.C. | VIOLATION: 18:1112; 43:1350(c)(1); 33:1319(c)(1)(A); 33:1321(b)(3) |

**AMENDED NOTICE OF REARRAIGNMENT**

Take Notice that this criminal case has been set for REARRAIGNMENT on **WEDNESDAY, APRIL 26, 2017 at 11:00 a.m.**, before DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Court House Building, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: April 7, 2017

TO:
Black Elk Energy Offshore Operations, L.L.C.

**COUNSEL FOR DEFENDANT**
MATT CHESTER
JOE WHITLEY
KERRY MILLER
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
201 St. Charles Ave.
New Orleans, LA 70170

WILLIAM W. BLEVINS, CLERK

by:    **Erin Mouledous**
          **Case Manager**

AUSA:  EMILY KATHERINE GREENFIELD
             KENNETH E. NELSON
             NICHOLAS DUPUY MOSES

U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - U.S. Pretrial Services

JUDGE MILAZZO

MAGISTRATE

FOREIGN LANGUAGE INTERPRETER:

            NONE

If you change address,
notify Clerk of Court
by phone, 504-589-7600         Myles.Matthew@epa.gov